UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case No: 2:13-cv-14481-JEM

PRISON LEGAL NEWS,                                )
a project of the HUMAN RIGHTS DEFENSE CENTER,     )
a not-for-profit, Washington charitable corporation,  )
                                                  )
    Plaintiff,                            )
                                                  )
v.                                                )
                                                  )
KENNETH J. MASCARA, in his official               )
capacity as Sheriff of St. Lucie County, Florida, )
                                                  )
    Defendant.                            )
_____)

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW

COMES NOW, Plaintiff, Prison Legal News, by and through undersigned counsel, and moves for an order withdrawing attorney Robert Jack from this case. In support hereof plaintiff states as follows:

1. That attorney Robert Jack is currently entered in this case as an attorney of record for plaintiff Prison Legal News.

2. That attorney Robert Jack will no longer be employed by the Human Rights Defense Center as of August 15, 2014, and, consequently, will no longer represent plaintiff in this matter.

(1)

3. That plaintiff and opposing counsel have been informed of this proposed withdrawal by written notice in accordance with Local Rule 11.1(d)(3) and each do not oppose said withdrawal.

4. No party will be prejudiced by the proposed withdrawal, nor will it cause any delay in this matter.

WHEREFORE plaintiff respectfully requests an order of this court allowing the withdrawal of attorney Robert Jack from this case.

Dated this 8th day of August, 2014.

        Respectfully submitted,

        By:   *s/ Robert E. Jack*
        Robert E. Jack, Esq.
        Florida Bar No. 85064
        HUMAN RIGHTS DEFENSE CENTER
        P.O. Box 1151
        Lake Worth, FL 33460
        561-360-2523 (TEL)
        866-735-7136 (FAX)
        E-mail: *rjack@humanrightsdefensecenter.org*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by the CM/ECF system on August 8, 2014 on all counsel or parties of record on the Service List below.

        By:   *s/ Robert E. Jack*
        Robert E. Jack, Esq.

(2)

## SERVICE LIST

Bruce Wallace Jolly, Esq.
Adriana Mihaela Jisa, Esq.
Email: bruce@purdylaw.com
Email: Adriana@purdylaw.com

Purdy Jolly Giuffreda & Barranco PA
2455 E Sunrise Boulevard, Suite 1216
Fort Lauderdale, FL 33304
Tel: 954-462-3200
Fax: 954-462-3861

Counsel for Defendants