UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

Case No. 2:13-cv-14481-JEM

PRISON LEGAL NEWS, etc.,

    Plaintiff,

vs.

KENNETH MASCARA, in his official
capacity as Sheriff of St. Lucie County,
Florida,

    Defendant.
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Prison Legal News, and Defendant Kenneth Mascara, in his official capacity as Sheriff of St. Lucie County, by and through undersigned counsel, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice, as the parties have reached a settlement agreement.

Respectfully submitted,

Randall C. Berg, Jr., Esq.
Fla. Bar No. 0318371
Dante P. Trevisani, Esq.
Florida Bar No. 72912

Florida Justice Institute, Inc.
100 S.E. 2nd Street
3750 Miami Tower
Miami, Florida 33131-2309
305-358-2081
305-358-0910 (FAX)
E-mail: *rberg@FloridaJusticeInstitute.org*
E-mail: dtrevisani@floridajusticeinstitute.org

{07104981;1}-1-

Lance Weber, Esq.
Florida Bar No.: 104550

Human Rights Defense Center, Inc.
P.O. Box 1151
Lake Worth, FL 33460
561.360.2523
866.735.7136 Fax
E-Mail: lweber@humanrightsdefensecenter.org

By: *s/Randall C. Berg, Jr.*
    Randall C. Berg, Jr., Esq.

Counsel for the Plaintiff

Bruce W. Jolly, Esq.
Fla. Bar No. 203637
Purdy, Jolly, Giuffreda & Barranco, P.A.
2455 East Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
954-462-3200
954-462-3861 (FAX)
E-mail:bruce@purdaylaw.com

By: *s/Bruce W. Jolly*_____
    Bruce W. Jolly, Esq..

Counsel for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/Randall C. Berg, Jr.*
Randall C. Berg, Jr., Esq.