UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

**Case Number:  13-14481-CIV-MARTINEZ-LYNCH**

PRISON LEGAL NEWS, a project of the
HUMAN RIGHTS DEFENSE CENTER, a not-
for-profit, Washington charitable corporation,

       Plaintiff,

vs.

KENNETH J. MASCARA, in official capacity
as Sheriff of St. Lucie County, Florida,

       Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the Parties' Joint Stipulation of Voluntary

Dismissal with Prejudice [ECF No. 40].  It is:

**ADJUDGED** that this action is DISMISSED WITH PREJUDICE with the Court

retaining jurisdiction to enforce the terms of the Parties' settlement agreement.  It is also:

**ADJUDGED** that all pending motions in this case are DENIED AS MOOT, and this case

is CLOSED.

       DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of December, 2014.

                                        JOSE E. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record

-2-